UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: <br> Shaniqwa J Gilmore <br><br><br><br><br> Debtor(s) | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) | BK No.: 18-06907 <br><br> Chapter: 13 <br> Honorable Jacqueline Cox |

## ORDER ALLOWING DEBTOR TO OBTAIN CREDIT / INCUR DEBT

THIS CAUSE COMING TO BE HEARD on Motion of the Debtor, the Court having jurisdiction of the parties and the subject matter and being duly advised in the premises, due Notice having been given to the parties entitled thereto, IT IS HEREBY ORDERED:

1. That the Debtor is permitted to incur additional financing in the amount of $14,636.53 for the purchase of a 2017 Nissan Altima, with monthly payments in the approximate amount of $350.00 for a term of 72 months. The interest rate shall not exceed 19.99%.

Dated: OCT 22 2018

Enter: J. Cox

United States Bankruptcy Judge

**Prepared by:**
The Semrad Law Firm, LLC
20 S. Clark Street, 28th Floor
Chicago, IL 60603
312.913.0625

Rev: 20120501_bko